**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------------------X
GORAN LOGAN,

                  Petitioner,

        -against-

MARK MILLER,
*Superintendent*

                  Respondent.
------------------------------------------------------------------------X

**25 Civ. No. 4590 (GHW) (GS)**

**ORDER**

**GARY STEIN, United States Magistrate Judge:**

      The Court is in receipt of Plaintiff's motion requesting a stay of his federal habeas corpus petition, alongside his timely letter request to extend his reply deadline, which was returned to sender. (Dkt. No. 18). The Court has received no response from Respondent on the issues raised. Accordingly, Respondent is hereby ORDERED to provide a response, no longer than 3 pages, single-spaced, indicating their position on Petitioner's request for stay and abeyance by no later than Friday, March 13, 2026.

      **SO ORDERED.**

DATED:    New York, New York
          March 5, 2026

                                        _____
                                        The Honorable Gary Stein
                                        United States Magistrate Judge